






TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-00-00549-CR







Eric Dean Lampman, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT


NO. 46,170, HONORABLE C.W. DUNCAN, JR., JUDGE PRESIDING






PER CURIAM

Appellant's motion to dismiss this appeal is granted.  See Tex. R. App. P. 42.2(a). 
The appeal is dismissed.


Before Justices Jones, Yeakel and Patterson

Dismissed on Appellant's Motion

Filed:   August 31, 2000

Do Not Publish


